**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSEPH P. SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-23-CV-390-KC** |
| | § | |
| **MERRICK B. GARLAND and U.S.** | § | |
| **MARSHALS SERVICE,** | § | |
| | § | |
| **Defendants.** | § | |

**FINAL JUDGMENT**

In accordance with the December 8, 2025, Order, ECF No. 147, granting Defendant's

Motion for Summary Judgment, the Court enters its Final Judgment, pursuant to Federal Rule of

Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff's civil case is **DISMISSED with prejudice.**

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 9th day of December, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE